PD NO. 0358-16
PD NO. 0359-16
PD NO. 0360-16
PD NO. 0361-16
PD NO. 0362-16
PD NO. 0363-16

Rejected:  Counsel was notified
that COA will be issuing mandates
in these cases.

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS


CALVIN WALKER, Petitioner

VS.

THE STATE OF TEXAS, Respondent

---

**MOTION TO STAY MANDATE**

---


TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Calvin Gary Walker, Petitioner, moves this Court to stay the issuance of the mandate in this case pursuant to Texas Rule of Appellate Procedure 18.2. Walker intends to file a petition for writ of certiorari with the Supreme Court of the United States. That petition is due to be filed by September 13, 2016.

In his petition for writ of certiorari, Walker will present a question that the Supreme Court has recently indicated "bears fresh examination in an appropriate case." *See Puerto Rico v. Sanchez Valle,* No. 15-108, 597 U.S. ___ (June 9, 2016) (Ginsburg, J., concurring). That question is whether the dual-sovereignty doctrine—a doctrine that permits successive prosecutions for the same misconduct—is "an affront to human dignity" and "inconsistent with the spirit of [our] Bill of Rights." *Id.* Justice Ginsburg expressly stated that this question is a "matter [that] warrants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Stay Mandate has been delivered to the following parties via electronic filing on June 20, 2016:

Wayln G. Thompson
Assistant District Attorney
1085 Pearl St.
Beaumont, Texas 77701

Lisa McMinn
State Prosecuting Attorney
P O Box 13406
Austin, Texas 78711

/s/Dick DeGuerin
Dick DeGuerin